Gary L. CHUTE, Plaintiff–Appellant,

v.

EQUIFAX CREDIT INFORMATION
SERVICES, INC., Defendant–
Appellee.

No. 01–16136, 01–16557.

D.C. No. CV–96–00817–HDM/LRL.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2002.*

Decided Feb. 21, 2002.

Before B. FLETCHER, T.G. NELSON,
and TALLMAN, Circuit Judges.

MEMORANDUM **

Gary L. Chute appeals pro se the district court's orders denying his Fed. R.Civ.P. 60(b) motion and his motion for sanctions. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the denial of a motion under Fed.R.Civ.P. 60(b) and the denial of a motion for sanctions pursuant to Fed.R.Civ.P. 11. *Foster v. Skinner,* 70 F.3d 1084, 1087 (9th Cir.1995) (per curiam). We may affirm on any ground fairly supported by the record. *Id.* We affirm.

The district court properly exercised its discretion by denying Chute's motions based on Chute's unexplained failure to bring either motion until almost three years after the entry of judgment. *See McKinney, v. Boyle,* 447 F.2d 1091, 1093 (9th Cir.1971) (holding that an unexplained delay in bringing a Rule 60(b) motion of more than four years is unreasonable); *Brown v. Baden (In re Yagman),* 796 F.2d 1165, 1182–84 (9th Cir.1986) (noting that the timeliness of a Rule 11 motion depends upon the peculiar circumstances of the case).

We deny Chute's request for cost and fees pursuant to 11 U.S.C. § 362(h), because his action does not involve a violation of a stay. *See Pinkstaff v. United States (In re Pinkstaff),* 974 F.2d 113, 114–15 (9th Cir.1992).

Appellee's request for sanctions under Fed. R.App. P. 38 is denied without prejudice because appellee failed to file a separate motion requesting sanctions. *See* Fed. R.App. P. 38.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.